**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

**BIANCA WEBBER,**

**Plaintiff,**

**v.** **Case No. 1:26-cv-175-AW-MJF**

**LEE ANN BENNETT, et al.,**

**Defendants.**

_______________________________/

# ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff filed a one-sentence complaint against five federal judges and others. The magistrate judge recommends dismissal. ECF No. 5. There has been no objection to the report and recommendation. Having considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed." The clerk will then close the file.

SO ORDERED on September 14, 2026.

s/ *Allen Winsor*
Chief United States District Judge